UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTOPHER PICKETT,

    Plaintiff,                                    Case No. 1:22-cv-13071

v.                                               Honorable Thomas L. Ludington
                                                   United States District Judge

MIDLAND FUNDING, LLC and
MARY JANE M. ELLIOTT,                  Honorable Patricia T. Morris
                                                   United States Magistrate Judge

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

On December 19, 2022, Plaintiff Christopher Pickett filed a complaint alleging Defendants Midland Funding and Mary Jane M. Elliott violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, and Michigan's Consumer Protection Act, MICH. COMP. LAWS § 445.901 *et seq.* ECF No. 1.

On January 17, 2023, Magistrate Judge Patricia T. Morris issued an R&R recommending dismissal of Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2) and providing Plaintiff 14 days to object. ECF No. 8 at PageID.25. Although his deadline was extended, ECF No. 10, Plaintiff did not file objections. So, he has forfeited his right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's R&R, ECF No. 8, is **ADOPTED**, and that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

    **This is a final order and closes the above-captioned case**.

    Dated: March 10, 2023                                     s/Thomas L. Ludington
                                                                       THOMAS L. LUDINGTON
                                                                       United States District Judge